## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**

Plaintiff,

v.

**EDGEWELL PERSONAL CARE COMPANY,** and **HARRY'S, INC.**

Defendants.

Civil Action No. _____-cv-_____

**TRO Decision Needed By: 11:59 p.m. on February 4, 2020**

### PLAINTIFF FEDERAL TRADE COMMISSION'S
### UNOPPOSED MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER

Plaintiff, the Federal Trade Commission (the "Commission") has filed this action seeking an order preliminarily enjoining the proposed acquisition of Defendant Harry's Inc. ("Harry's") by Defendant Edgewell Personal Care Company ("Edgewell") as a violation of Section 5 of the FTC Act, 15 U.S.C. § 45, and Section 7 of the Clayton Act, 15 U.S.C.§18.  In the absence of temporary relief, Defendants would be able to consummate the proposed acquisition after 11:59 p.m. Eastern Time on February 4, 2020.  However, the parties have stipulated to a temporary restraining order under which Defendant Edgewell will not consummate the proposed transaction until after 11:59 p.m. Eastern Time on the fifth business day after the Court rules on Plaintiff's motion for a preliminary injunction.  The stipulation is attached hereto.

Plaintiff respectfully moves the Court for an entry of a temporary restraining order consistent with the parties' stipulation.  In accordance with Local Rule 7(m), counsel for the

Commission discussed the motion with counsel for the Defendants.  Defendants do not oppose this motion.

A proposed order is attached.

Dated:  February 3, 2020

Respectfully Submitted,

Jonathan Lasken
D.C. Bar # 997251
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
Telephone: (202) 326-2064
Email: jlasken@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2020, I served the forgoing on the following counsel via electronic mail:

Joseph Larson, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
JDLarson@wlrk.com
(212) 403-1360

*Counsel for Edgewell Personal Care Company*

Timothy J. Muris, Esq.
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
tmuris@sidley.com
(202) 736-8939

*Counsel for Harry's, Inc.*

Jonathan Lasken, Esq.
*Attorney for Plaintiff Federal Trade Commission*