**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FEDERAL TRADE COMMISSION**

Plaintiff,

v.

**EDGEWELL PERSONAL CARE
COMPANY,** and **HARRY'S, INC.**

Defendants.

Civil Action No. 1:20-cv-292 (TNM)

**NOTICE OF FILING OF PLAINTIFF'S REDACTED AMENDMENT COMPLAINT
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
PURSUANT TO SECTION 13(b) OF THE FEDERAL TRADE COMMISSION ACT**

Plaintiff Federal Trade Commission hereby provides notice of the Redacted Amended

Complaint for Temporary Restraining Order and Preliminary Injunction Pursuant to Section

13(b) of the Federal Trade Commission Act.

[SIGNATURE BLOCK ON NEXT PAGE]

1

Dated:  February 18, 2020          Respectfully Submitted,

/s/ Jonathan Lasken_____
Jonathan Lasken (D.C. Bar # 997251)
Nicholas Bush
Helder Agostinho
Shane Bryan
Kelly Fabian
Terry Thomas

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
Telephone: (202) 326-2064
Email: jlasken@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*