## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | |
| Plaintiff, | Civil Action No. 1:20-cv-292 (TNM) |
| v. | |
| **EDGEWELL PERSONAL CARE COMPANY,** and **HARRY'S, INC.** | |
| Defendants. | |

## FEDERAL TRADE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, the Federal Trade Commission (the "Commission"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendants Edgewell Personal Care Company ("Edgewell") and Harry's, Inc. ("Harry's").

The Commission is dismissing this action because there is no longer a basis for the relief sought. In this action, the Commission was seeking to temporarily restrain and preliminary enjoin the acquisition of Harry's by Edgewell. But since the complaint was filed, Edgewell has formally abandoned its effort to acquire Harry's and withdrawn its Hart-Scott-Rodino Pre-Merger Notification filing for that proposed transaction.

Edgewell and Harry's have filed neither an answer to the complaint nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure Rule 41(A)(1)(a)(i) is therefore appropriate.

A proposed order is not attached because no order is necessary.  Fed. R. Civ. P.

41(a)(1)(A).


Dated:  February 18, 2020                          Respectfully Submitted,

                                                   /s/ Jonathan Lasken
                                                   Jonathan Lasken (D.C. Bar # 997251)
                                                   Nicholas Bush
                                                   Helder Agostinho
                                                   Shane Bryan
                                                   Kelly Fabian
                                                   Terry Thomas

                                                   Federal Trade Commission
                                                   Bureau of Competition
                                                   600 Pennsylvania Avenue, NW
                                                   Washington, D.C. 20580
                                                   Telephone: (202) 326-2064
                                                   Email: jlasken@ftc.gov

                                                   *Counsel for Plaintiff Federal Trade
                                                   Commission*